[No. 34057-1-III. Division Three. May 11, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ARNULFO
CISNEROS SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 15-1-00110-1, John M. Antosz, J., entered December 15, 2015. *Affirmed in part* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.

[No. 34370-7-III. Division Three. May 11, 2017.]

ELIZABETH R. SUTHERLIN, *Respondent*, v. SCOTT K. SUTHERLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-3-02704-3, Raymond F. Clary, J., entered March 15, 2016. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.